IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01198-WJM-CBS

B. ENLOW,

    Plaintiff,

v.

COVIDIEN HOLDING, INC.,
a/k/a COVIDIEN, INC., a Massachusetts company, doing business in Colorado,

    Defendant.

## ORDER OF RECUSAL

A Magistrate Judge "shall disqualify himself in any proceeding in which his impartiality might be reasonably be questioned." 28 U.S.C. § 455(a). In order to avoid the appearance of impropriety, I hereby recuse myself from the above entitled action. IT IS

1. ORDERED that the Clerk of the Court shall assign another magistrate judge to this case.

2. ORDERED that the July 8, 2013, scheduling conference is VACATED.

DATED at Denver, Colorado, on June 17, 2013.

                                                  BY THE COURT:

                                                  *s/Craig B. Shaffer*
                                                  Craig B. Shaffer
                                                  United States Magistrate Judge