IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-001198-WJM-MJW

B. ENLOW,

Plaintiff(s),

v.

COVIDIEN HOLDING, INC. a/k/a COVIDIEN, INC. A Massachusetts Company, doing business in Colorado,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion to Vacate and Reset Scheduling Conference (Docket No. 14) is denied.

    It is further ORDERED that the Scheduling Conference remains set on July 8, 2013, at 1:30 p.m.  The 26(f) conference in this case need not be held at least 21 days before the Scheduling Conference, but the proposed Scheduling Order shall be filed on or before July 1, 2013.

Date: June 20, 2013