IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01198-WJM-MJW

B. ENLOW,

Plaintiff(s),

v.

COVIDIEN LP (formerly Tyco Healthcare Group LP), a Delaware Limited Partnership,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is here ORDERED that the Stipulated Motion for Protective Order to Restrict Access (docket no. 27) is GRANTED finding good cause shown.  The written Stipulated Protective order (docket no. 27-1) is APPROVED as amended in paragraph 13 and made an Order of Court.

Date: August 5, 2013