**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Case No. 13-cv-1198-WJM-MJW

B. ENLOW

    Plaintiff,

v.

COVIDIEN, LP (formerly TYCO HEALTHCARE GROUP LP), a Delaware limited partnership

    Defendant.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED**
**MOTION TO DISMISS CERTAIN CLAIMS**

---

This matter comes before the Court on the Plaintiff's Unopposed Motion to Dismiss with Prejudice Certain Claims in Complaint, filed June 5, 2014 (ECF No. 54). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Unopposed Motion to Dismiss is GRANTED. Plaintiff's Eighth Claim for Relief (Violations of Family Medical Leave Act) is hereby DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

Dated this 6th day of June, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge